

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00310-CV

**IN RE ALTERMAN INC.** and Gary Walters

Original Mandamus Proceeding[1]

**ORDER**

On May 14, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is DENIED AS MOOT.

It is so **ORDERED** on May 22, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI02751, styled *Samuel Wright v. Alterman, Inc. and Gary Walters*, pending in the 438th Judicial District Court, Bexar County, Texas. The Honorable Antonia Arteaga signed the order at issue in this proceeding.